UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY HOWARD,<br><br>Defendant | Criminal No. 21cr10244<br><br>Violation:<br><br><u>Count One</u>: Distribution of and Possession with Intent to Distribute Heroin<br>(21 U.S.C. § 841(a)(1))<br><br><u>Drug Forfeiture Allegation</u>:<br>(21 U.S.C. § 853) |

<u>INDICTMENT</u>

<u>COUNT ONE</u>
Distribution of and Possession with Intent to Distribute Heroin
(21 U.S.C. § 841(a)(1))

The Grand Jury charges:

On or about July 20, 2021, in Boston, in the District of Massachusetts, the defendant,

ANTHONY HOWARD,

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury finds:

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 841(a)(1), set forth in Count One, the defendant,

ANTHONY HOWARD,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JOHN T. DAWLEY, JR.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: AUGUST __11__, 2021
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK